IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re: | CASE NO. 11-81821 |
| David Russell Williams, | |
| Vickie Lynn Williams, | |
|     Debtor(s) | CHAPTER 7 |

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. Responses must be filed electronically with the Clerk or by U.S. mail addressed to: Clerk of the Bankruptcy Court, One Church Street, Montgomery, AL 36104**

## MOTION TO REDEEM PROPERTY OF eCAST SETTLEMENT

Come Now the Debtors, David Russell Williams and Vickie Lynn Williams, by and through their attorney, Charles M. Ingrum, Jr., and files this MOTION TO REDEEM PROPERTY OF eCAST SETTLEMENT as follows:

1. The Debtors converted from Chapter 13 to Chapter 7 with the United States Bankruptcy Code in the Middle District of Alabama, Eastern Division on or about the 7th day of October, 2014.

2. eCast Settlement filed a secured proof of claim in the Debtor's Chapter 13 Petition in the amount of $1,732.64. Security for this debt is various electronics valued at $400.00. This was listed to be paid through the debtors chapter 13 plan as a non 910 claim.

3. eCast Settlement was paid a total of $316.60 through the Debtor's Chapter 13 Plan.

4. Pursuant to §722 of the U.S. Bankruptcy Code, the Debtors request that they be allowed to redeem the electronics for the amount paid through the Chapter 13 Plan.

**WHEREFORE THESE PREMISES CONSIDERED,** the Debtors request that this Honorable Court will allow them to redeem the electronics for the amount paid through the Chapter 13 Plan.

Respectfully submitted this the 7th day of October 2014.

/s/ Charles M. Ingrum, Jr.
Charles M. Ingrum, Jr. (ING-028)
Attorney at Law
P.O. Box 229
Opelika, Alabama 36803-0229
Telephone Number: (334) 745-3333
Facsimile Number: (334) 745-3155
bankruptcy@irplaw.com

## CERTIFICATE OF SERVICE

      I do hereby certify that I have on this date mailed a true and exact copy of the Debtor's MOTION TO REDEEM eCAST SETTLEMENT to the parties listed below by electronically mailing or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on this the 7th day of October, 2014.

Cecil M. Tipton, Jr.
Chapter 7 Trustee
P.O. Box 191
Opelika, Alabama 36803-0191

Teresa R. Jacobs
Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
Tucson, AZ 85712

                                              /s/ Charles M. Ingrum, Jr.